UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
: 1:06-md-1789 (JFK)
:
In Re: FOSAMAX Products Liability
Litigation
:
------------------------------------------------------------X
:
:
THIS DOCUMENT RELATES TO:
Claire Perry and Aubrey Perry, Sr., jointly as
Husband and wife
v.
Merck & Co., Inc.
Case No: 1:08-cv-1865-JFK
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-30-08

## ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon consideration of the Motion To Appear Pro Hac Vice by Daryl D. Parks; IT IS

ORDERED that:

Daryl D. Parks
Parks and Crump, L. L. C.
240 North Magnolia Drive
Tallahassee, Florida 32301
Telephone: (850) 222-3333
Facsimilie: (850) 224-6679
Email: Dparks@parkscrump.com

Is admitted to practice pro hac vice as counsel for the plaintiffs in the above-referenced MDL proceeding.

Signed this 30 day of July, 2008 at New York, New York.

_____
HON. JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF FLORIDA
**OFFICE OF THE CLERK**

WILLIAM M. MCCOOL
CLERK OF COURT
111 N ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850 521 3656 FAX

SHEILA HURST-RAYBORN
CHIEF DEPUTY CLERK
111 N ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521 3501
850 521.3656 FAX

Visit our web site at www.flnd.uscourts.gov

Reply to: Tallahassee Division

July 17, 2008

## CERTIFICATE OF GOOD STANDING

I, WILLIAM M. MCCOOL, Clerk of the United States District Court for the Northern District of Florida, DO HEREBY CERTIFY THAT **DARYL PARKS, Florida Northern District Bar Number 0054097**, was duly admitted to practice in this Court on **May 21, 1996**, and is in good standing as a member of the bar of this Court.

WILLIAM M. MCCOOL, CLERK OF COURT

_____
KAYLA BRUNER, DEPUTY CLERK

The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.

Gainesville Division
401 SE 1st Avenue
Gainesville, Florida 32601
352.380.2400
352 380.2424 FAX

Pensacola Division
1 N Palafox Street
Pensacola, Florida 32502-5658
850 435 8440
850 433 5972 FAX

Tallahassee Division
111 N Adams Street
Tallahassee, Florida 32301-7717
850 521 3501
850 521 3656 FAX

Panama City Division
30 W Government Street
Panama City, Florida 32401
850 769 4556
850 769 7528 FAX